752

UNITED STATES of America,
Plaintiff-Appellee,

v.

Joseph ROSSI, Appellant.

No. 71-1605.

United States Court of Appeals,
Ninth Circuit.

Feb. 7, 1972.

Rehearing Denied March 7, 1972.

Michael D. Nasatir (argued), of Nasatir, Sherman & Hirsch, Beverly Hills, Cal., for appellant.

Catherine A. Chandler, Asst. U. S. Atty., Harry D. Steward, U. S. Atty., Stephen G. Nelson, Chief, Crim. Division, San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS, KOELSCH and WRIGHT, Circuit Judges.

PER CURIAM:

The judgment of conviction in this marijuana smuggling case is affirmed.

We find no error, although appellant's contentions are ably presented.

The mandate will issue now.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Freddie Leonard HARROLD, Appellant.

No. 71-2004.

United States Court of Appeals,
Ninth Circuit.

Feb. 7, 1972.

James L. Brown (argued), Jerome Supkoff, of Supkoff, Brown & Michaels, Los Angeles, Cal., for appellant.

Kenneth P. Snoke, Asst. U. S. Atty. (argued), Robert L. Meyer, U. S. Atty., Eric A. Nobles, Chief, Crim. Div., Los Angeles, Cal., for plaintiff-appellee.

Before CHAMBERS, JERTBERG and ELY, Circuit Judges.

PER CURIAM:

In view of the intervening decision of United States v. Bass (1971) 404 U.S. 336, 92 S.Ct. 515, 30 L.Ed.2d 488, the judgment of conviction is vacated and the case is remanded to the district court for reconsideration in the light of the *Bass* case.

So ordered.